**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LESTER STEWART,

     Plaintiff,

vs.                                             CASE NO. 3:05-cv-427-J-HTS

COTTRELL, INC.,

     Defendant.

_____

**O R D E R**

     This cause is before the Court sua sponte. In June 2006, the parties executed a Consent to the Exercise of Jurisdiction by a United States Magistrate Judge (Doc. #20; Consent), wherein they indicated their desire to have this case resolved by a United States Magistrate Judge. The Order of Reference (Doc. #21), signed by Judge Timothy J. Corrigan on June 20, 2006, specifically referred this case to then Magistrate Judge Marcia Morales Howard. On February 22, 2007, this case was reassigned to the undersigned. Therefore, in an abundance of caution, the Court requests that the parties execute a new consent form.

     Accordingly, it is hereby **ORDERED:**

     Counsel for Plaintiff shall initiate contact with Defendant's attorney to discuss executing a new consent form. If the parties consent to have a magistrate judge handle the case, each counsel

shall sign the Consent to the Exercise of Jurisdiction by a United States Magistrate Judge portion of the Notice, a blank copy of which is enclosed with this Order, and shall file it with the Court within **five (5) days** from the date of this Order.  If the parties do not wish to execute a new form, within the same time period, they shall file a notice with the Court stating that they do not consent to the jurisdiction of a magistrate judge.  This notice shall not identify which party or parties withholds consent.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of April, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
      pro se parties, if any