UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LESTER STEWART,

       Plaintiff,

vs.                                CASE NO. 3:05-cv-427-J-HTS

COTTRELL, INC.,

       Defendant.

_____

**O R D E R**

The Court has been notified that the above-styled cause has been settled. *See* Notice of Settlement (Doc. #31). Accordingly, pursuant to Rule 3.08(b), Local Rules, United States District Court, Middle District of Florida, the Court now

**ORDERS and ADJUDGES:**

That the above-styled cause be and the same is hereby **DISMISSED** subject to the right of any party to move the Court within sixty (60) days from the date of this Order to enter a stipulated form of final order or judgment or to show good cause why the case should be reopened for further proceedings.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of May, 2007.

                                                /s/       Howard T. Snyder
                                                HOWARD T. SNYDER
                                               UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any