**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LESTER STEWART,

       Plaintiff,

vs.                              CASE NO. 3:05-cv-427-J-HTS

COTTRELL, INC.,

       Defendant.

_____

**O R D E R**

      The Joint Motion for Dismissal with Prejudice (Doc. #33) is **GRANTED** and the Court now **ORDERS and ADJUDGES:**

      That the above-styled cause be and the same is hereby **DISMISSED WITH PREJUDICE.**

      **DONE AND ORDERED** at Jacksonville, Florida, this 4th day of June, 2007.

                           /s/       Howard T. Snyder
                           HOWARD T. SNYDER
                           UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     pro se parties, if any